# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE SLOWINSKI, *individually and on behalf of all others similarly situated,* ) ) ) | |
| Plaintiff, ) ) | Case No. _____ |
| v. ) ) | |
| DRIP DROP HYDRATION, INC., ) ) | |
| Defendant. ) | |

## DECLARATION OF PATRICK O'DEA

I, Patrick O'Dea, hereby declare and state as follows:

1. I am over 18 years of age, and the matters described herein are within my personal knowledge.

2. I am the Chief Executive Officer for Drip Drop Hydration, Inc. ("Drip Drop"). I have been employed in this position since 2018.

3. This declaration is based on my personal knowledge of Drip Drop's operations and my review of the Complaint filed in the above-captioned case, as well as business records relating to Drip Drop's sale of DripDrop drink mixes in the following flavors: Berry, Lemon, Orange, Watermelon, Zero Sugar Watermelon, Zero Sugar Peach, Zero Sugar Lemon Lime, and Zero Sugar Passion Fruit (the "Products"). It is Drip Drop's regular practice to make and maintain such business records, which are kept in the course of its regularly conducted business activities.

4. In the five years preceding Plaintiff's filing of the Complaint, total sales of the Products throughout the United States exceeded $5,000,000.

5. Drip Drop is incorporated under the laws of the State of Delaware. Its principal place of business is in San Leandro, California.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2024

_____
Patrick O'Dea