IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE SLOWINSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DRIP DROP HYDRATION, INC.,<br><br>    Defendant. | Case No. 1:24-cv-05421<br><br>NOTICE OF DISMISSAL |

**NOTICE OF DISMISSAL**

Plaintiff, CHRISTINE SLOWINSKI, by and through her undersigned counsel, hereby dismisses the above captioned proceeding with prejudice to Plaintiff's individual claims and without prejudice to the claims of putative class members pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not filed an answer or a motion for summary judgment.

                  RESPECTFULLY SUBMITTED,

                  CHRISTINE SLOWINSKI

                  /s/ Steven G. Perry
                  Attorney for Plaintiff
                  Illinois Attorney No. 6330283
                  Law Offices of Todd M. Friedman, P.C.
                  707 Skokie Blvd., Suite 600
                  Northbrook, Illinois 60062
                  Phone: (224) 218-0875
                  Fax: (866) 633-0228
                  Steven.perry@toddflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 26, 2025, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ STEVEN G. PERRY
Attorney for Plaintiff