# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Christine Slowinski

          Plaintiff,

v.                   Case No.: 1:24−cv−05421
                   Honorable Thomas M. Durkin

Drip Drop Hydration, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2025:

   MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the notice of voluntary dismissal, this action is dismissed with prejudice to Plaintiff's individual claims and without prejudice to the claims of putative class members. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.